# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:16-CR-42** |
| | : | |
| v. | : | **(Chief Judge Conner)** |
| | : | |
| **WEN ZHOU (5),** | : | |
| | : | |
| **Defendant** | : | |

## ORDER

AND NOW, this 8th day of October, 2019, upon consideration of Defendant's Motion (Doc. 620) for Return of Passport, and noting the concurrence of the Government, it is hereby ORDERED that said motion is GRANTED. Pursuant thereto, the passport shall be returned to the Defendant at the address provided by the Defendant to the Clerk of Courts and the United States Attorney's Office.

    /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania